[No. 27545-1-III.   Division Three.   November 3, 2009.]

*In the Matter of the Marriage of* CHANTEL NILLES, *Appellant*, and ANDREW NILLES, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 07-3-02791-7, Philip W. Borst, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 27611-2-III.   Division Three.   November 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN GERALD GANN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-00380-0, Maryann C. Moreno, J., entered October 22, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 26950-7-III.   Division Three.   November 5, 2009.]

RAY STEINBOCK ET AL., *Appellants*, v. FERRY COUNTY PUBLIC UTILITY DISTRICT ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Ferry County, No. 06-2-00067-0, Allen Nielson, J., entered February 8, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 27266-4-III.   Division Three.   November 5, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. COLE L. MOORE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03138-4, Harold D. Clarke III, J., entered July 11, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Kulik, JJ.